RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

JAN 30 2019

UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GAYNELL C. COLBURN, Individually and on behalf of others similarly situated | * |
| Plaintiff | * |
| v. | * Civil Action No.: 1:18-cv-1998 |
| ONE LODGING MANAGEMENT INC. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Gaynell C. Colburn, and Defendant, One Lodging Management, Inc, and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated: January 30, 2019          Respectfully submitted,

approved
CCB
wDJ   1/30/19

/s/ E. David Hoskins
E David Hoskins
The Law Offices of E David Hoskins LLC
16 E. Lombard Street
Suite 400
Baltimore, MD 21202
Phone: (410) 662-6500
davidhoskins@hoskinslaw.com

R. Bruce Carlson
Carlson Lynch Sweet Kilpela & Carpenter, LLC
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
bcarlson@carlsonlynch.com

Kathleen Hyland
Hyland Law Firm, LLC
16 E Lombard Street
Suite 400
Baltimore, MD 21202
(410) 777-5396
kat@lawhyland.com

*Attorneys for Plaintiff*

/s/ Charles J. Kresslein
Charles J. Kresslein
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
charles.kresslein@jacksonlewis.com

Jenna M. Decker
Jackson Lewis P.C.
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
412-232-0404
jenna.decker@jacksonlewis.com

Joseph J. Lynett
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
914-872-8060
joseph.lynett@jacksonlewis.com

*Attorneys for Defendant*